**Order entered March 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellant's March 13, 2013 third agreed motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by April 19, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
          JUSTICE